UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| JUSTIN BOUCHER | ) |
|       Petitioner, | ) |
| v. | )   1:25-cv-0009-LEW |
| STATE OF MAINE, | ) |
|       Respondent | ) |

**ORDER AFFIRMING RECOMMENDED DECISION
OF THE MAGISTRATE JUDGE**

On May 15, 2025, United States Magistrate Judge John C. Nivison filed with the court, with copies to the parties, his Recommended Decision on Petitioner's request for a Petition for Writ of Habeas Corpus (ECF No. 7).

The time within which to file objections expired on May 29, 2025, and no objection was filed. The Magistrate Judge notified the parties that failure to object would waive their right to *de novo* review and appeal.

Notwithstanding the waiver, I have reviewed and considered the Recommended Decision, together with the entire record; I have made a *de novo* determination of all matters adjudicated by the Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in the Recommended Decision, and determine that no further proceeding is necessary.

It is therefore ORDERED that the Recommended Decision of the Magistrate Judge (ECF No. 7) is hereby AFFIRMED and ADOPTED.

The motion for habeas relief under 28 U.S.C. § 2254 (ECF No. 1) is DENIED and DISMISSED without an evidentiary hearing.

It is further ORDERED that no certificate of appealability will issue from this Court because the Petitioner has not made a substantial showing of the denial of a constitutional right within the meaning of 28 U.S.C.A. § 2253(c)(2).

**SO ORDERED.**

Dated this 16th day of June, 2025.

      /s/ Lance E. Walker
**CHIEF U.S. DISTRICT JUDGE**